1 | (Counsel listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DE SAUSA and JESSICA SHUM on behalf of themselves, in the interest of the general public and as a Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK U.S.A., N.A.; HSBC USA, INC.; and HSBC NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | CASE NO. CV12-05081<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE HEARING** |

1  TOMAS E. MARGAIN (SB# 193555)
   CASA LEGAL
2  84 W. Santa Clara St., Ste. 790
   San Jose, CA 95113
3  Telephone: (408) 317-1100
   Facsimile: (408) 351-0105
4  margainlaw@hotmail.com

5  RICHARD C. J. WAHNG (SB# 225672)
   LAW OFFICES OF RICHARD WAHNG
6  152 Anza Street, Suite 201
   Fremont, CA 94539
7  Telephone: (510) 490-4447
   Facsimile: (510) 344-5755
8  rwahng@gmail.com

9  Attorneys for Plaintiffs
   FERNANDO DE SAUSA and JESSICA SHUM

10 E. JEFFREY GRUBE (SB# 167324)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
12 Telephone: 1(415) 856-7000
   Facsimile: 1(415) 856-7100
13 jeffgrube@paulhastings.com

14 STEPHEN P. SONNENBERG (SB# 164881)
   EMILY R. PIDOT (SB# 233241)
15 75 East 55th Street
   New York, New York 10022
16 Telephone: 1(212) 318-6000
   Facsimile: 1(212) 319-4090
17 stephensonnenberg@paulhastings.com

18 Attorneys for Defendants
   HSBC BANK U.S.A., N.A., HSBC USA, INC., and HSBC
19 NORTH AMERICA HOLDINGS, INC.

20

21

22

23

24

25

26

27

28

Case No. CV12-05081                    -2-                    STIPULATION AND PROPOSED ORDER
                                                              TO CONTINUE INITIAL CASE
                                                              MANAGEMENT CONFERENCE

1  The parties to this litigation, by and through their respective attorneys of record, hereby
2  submit this stipulation and [proposed] order to continue the Initial Case Management Conference
3  hearing which is currently scheduled to be held on March 4, 2013, at 1:30 p.m.

4  WHEREAS, the Initial Case Management Conference had originally been scheduled for
5  March 4, 2013, at 1:30 p.m.;

6  WHEREAS, the parties have stipulated to extend the time in which Defendants will
7  answer, object or otherwise respond to the First Amended Complaint to and including March 29,
8  2013;

9  WHEREAS, counsel for both parties are available to appear for an Initial Case
10 Management Conference hearing on May 6, 2013 at 1:30 p.m.;

11 Accordingly, the parties to this matter, by and through their respective attorneys of record,
12 hereby stipulate to and jointly request that the Initial Case Management Conference hearing be
13 continued to May 6, 2013, at 1:30 p.m.

14 SO STIPULATED.

15 DATED: February 7, 2013         TOMAS E. MARGAIN
                                   CASA LEGAL

                                   By: /s/ Tomas E. Margain
                                       TOMAS E. MARGAIN

                                   Attorneys for Plaintiffs
                                   FERNANDO DE SAUSA and JESSICA SHUM

20 DATED: February 7, 2013         E. JEFFREY GRUBE
                                   PAUL HASTINGS LLP

                                   By: /s/ E. Jeffrey Grube
                                       E. JEFFREY GRUBE

                                   Attorneys for Defendants
                                   HSBC BANK U.S.A., N.A., HSBC USA, INC., and
                                   HSBC NORTH AMERICA HOLDINGS, INC.

1

**[~~Proposed~~] Order**

2   Good cause appearing, the Initial Case Management Conference hearing shall be

3   continued to May 6, 2013, at 1:30 p.m. The Initial Case Management Conference Statement shall

4   be filed on or before April 29, 2013.

5   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7   Dated:   02/12/2013



THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

8

LEGAL_US_E # 102508874.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV12-05081                        -4-                        STIPULATION AND PROPOSED ORDER
                                                                      TO CONTINUE INITIAL CASE
                                                                      MANAGEMENT CONFERENCE