1  (Counsel listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DE SAUSA and JESSICA SHUM on behalf of themselves, in the interest of the general public and as a Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK U.S.A., N.A.; HSBC USA, INC.; and HSBC NORTH AMERICA HOLDINGS, INC.,<br><br>Defendants. | CASE NO. CV12-05081<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE HEARING** |

1  TOMAS E. MARGAIN (SB# 193555)
   CASA LEGAL
2  84 W. Santa Clara St., Ste. 790
   San Jose, CA 95113
3  Telephone: (408) 317-1100
   Facsimile: (408) 351-0105
4  margainlaw@hotmail.com

5  RICHARD C. J. WAHNG (SB# 225672)
   LAW OFFICES OF RICHARD WAHNG
6  152 Anza Street, Suite 201
   Fremont, CA 94539
7  Telephone:  (510) 490-4447
   Facsimile:  (510) 344-5755
8  rwahng@gmail.com

9  Attorneys for Plaintiffs
   FERNANDO DE SAUSA and JESSICA SHUM

10
   E. JEFFREY GRUBE (SB# 167324)
11 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
12 San Francisco, California 94105-3441
   Telephone:  1(415) 856-7000
13 Facsimile:   1(415) 856-7100
   jeffgrube@paulhastings.com

14 STEPHEN P. SONNENBERG (SB# 164881)
   EMILY R. PIDOT (SB# 233241)
15 75 East 55th Street
   New York, New York 10022
16 Telephone:  1(212) 318-6000
   Facsimile:  1(212) 319-4090
17 stephensonnenberg@paulhastings.com
   emilypidot@paulhastings.com
18
   Attorneys for Defendants
19 HSBC BANK U.S.A., N.A., HSBC USA, INC., and HSBC
   NORTH AMERICA HOLDINGS, INC.

20

21

22

23

24

25

26

27

28

Case No. CV12-05081    -2-    STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS AND TO CONTINUE INITIAL CASE MANAGEMENT

The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to stay all proceedings in this action for ninety (90) days, and to continue the Initial Case Management Conference which is currently scheduled to be held on May 6, 2013, at 1:30 p.m., to a date to be scheduled at the Court's convenience no earlier than August 6, 2013 for the reasons set forth below.

WHEREAS, the Initial Case Management Conference in this action currently is scheduled for May 6, 2013, at 1:30 p.m.;

WHEREAS, as is further detailed in the accompanying Declaration of Stephen P. Sonnenberg, the parties have stipulated to stay all proceedings in this matter for ninety (90) days to provide time for notice of settlement of a class and collective action lawsuit currently pending before the United States District Court for the Southern District of New York involving the same claims pled in this action to be sent, so that the putative members of this action may be given the opportunity to participate in or opt out of the settlement before this action proceeds;

WHEREAS, the parties so stipulate in the interest of efficient litigation, conservation of the Court's resources, and in order to avoid confusion on the part of putative class and collective action members arising from overlapping litigation;

WHEREAS, counsel for both parties are available to appear for an Initial Case Management Conference hearing on August 12, 2013 at 1:30 p.m.;

Accordingly, the parties to this matter, by and through their respective attorneys of record, hereby stipulate to and jointly request that the Court stay all proceedings in this action for ninety (90) days, and that the Initial Case Management Conference be continued to August 12, 2013, at 1:30 p.m.

SO STIPULATED.

1  DATED: April 16, 2013         TOMAS E. MARGAIN
                                  CASA LEGAL
2
                                  By: _____/s/_____
3                                          TOMAS E. MARGAIN

4                                 Attorneys for Plaintiffs
                                  FERNANDO DE SAUSA and JESSICA SHUM
5

6  DATED: April 16, 2013         E. JEFFREY GRUBE
                                  PAUL HASTINGS LLP
7
                                  By: _____/s/_____
8                                          E. JEFFREY GRUBE

9                                 Attorneys for Defendants
                                  HSBC BANK U.S.A., N.A., HSBC USA, INC., and
10                                HSBC NORTH AMERICA HOLDINGS, INC.

Case No. CV12-05081                        -4-                  STIPULATION AND PROPOSED ORDER
                                                                TO STAY PROCEEDINGS AND TO
                                                                CONTINUE INITIAL CASE MANAGEMENT

## [~~Proposed~~] Order

Good cause appearing, all proceedings in this action shall be stayed for ninety (90) days from the date of this Order, and the Initial Case Management Conference shall be continued to August 12, 2013, at 1:30 p.m. The Initial Case Management Conference Statement shall be filed on or before August 5, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 04/16/2013



THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE