1    (Counsel listed on following page)

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   | FERNANDO DE SAUSA and JESSICA | CASE NO. CV12-05081 |
     | SHUM on behalf of themselves, in the interest | |

11   of the general public and as a Private Attorney    **STIPULATION AND [PROPOSED]**
     General,

12                                                       **ORDER TO CONTINUE THE INITIAL**
                                                         **CASE MANAGEMENT CONFERENCE**
13                   Plaintiffs,                         **HEARING PENDING PRIVATE**
                                                         **MEDIATION**
14         vs.

15   HSBC BANK U.S.A., N.A.; HSBC USA,
     INC.; and HSBC NORTH AMERICA

16   HOLDINGS, INC.,

17                   Defendants.

18

19

20

21

22

23

24

25

26

27

28

TOMAS E. MARGAIN (SB# 193555)
CASA LEGAL
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
margainlaw@hotmail.com

RICHARD C. J. WAHNG (SB# 225672)
LAW OFFICES OF RICHARD WAHNG
152 Anza Street, Suite 201
Fremont, CA 94539
Telephone:  (510) 490-4447
Facsimile:  (510) 344-5755
rwahng@gmail.com

Attorneys for Plaintiffs
FERNANDO DE SAUSA and JESSICA SHUM

E. JEFFREY GRUBE (SB# 167324)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:  1(415) 856-7000
Facsimile:   1(415) 856-7100
jeffgrube@paulhastings.com

STEPHEN P. SONNENBERG (SB# 164881)
EMILY R. PIDOT (SB# 233241)
75 East 55th Street
New York, New York 10022
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090
stephensonnenberg@paulhastings.com
emilypidot@paulhastings.com

Attorneys for Defendants
HSBC BANK U.S.A., N.A., HSBC USA, INC., and HSBC
NORTH AMERICA HOLDINGS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to continue the Initial Case Management Conference currently scheduled to be held on August 26, 2013, at 1:30 p.m., to a date to be scheduled at the Court's convenience no earlier than December 2, 2013 for the reasons set forth below.

WHEREAS, the Initial Case Management Conference in this action currently is scheduled for August 26, 2013, at 1:30 p.m.;

WHEREAS, the parties have agreed to pursue settlement discussions through private mediation, which is anticipated to be held in October 2013.  The parties intend to engage in an informal exchange of confidential documents and data prior to mediation for purposes of facilitating settlement negotiations;

WHEREAS, the parties wish to exhaust attempts to mediate the case before addressing fact and expert discovery cut offs and a trial date and, as such, wish to postpone the initial Case Management Conference until after the mediation session.

Accordingly, the parties to this matter, by and through their respective attorneys of record, hereby stipulate to and jointly request that the Court continue for ninety (90) days , the Initial Case Management Conference be continued to December 2, 2013, at 1:30 p.m. or such other date as is convenient for the Court.

SO STIPULATED.

STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS AND TO
CONTINUE INITIAL CASE MANAGEMENT

1    DATED:  August 19, 2013            TOMAS E. MARGAIN
                                        CASA LEGAL
2
                                        By: /s/ Tomas E. Margain
3    _____
                                               TOMAS E. MARGAIN
4                                       Attorneys for Plaintiffs
                                        FERNANDO DE SAUSA and JESSICA SHUM
5

6    DATED:  August 16, 2013            E. JEFFREY GRUBE
                                        PAUL HASTINGS LLP
7
                                        By: /s/ E. JEFFREY GRUBE
8    _____
                                               E. JEFFREY GRUBE
9                                       Attorneys for Defendants
                                        HSBC BANK U.S.A., N.A., HSBC USA, INC., and
10                                      HSBC NORTH AMERICA HOLDINGS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV12-05081                     -4-        STIPULATION AND PROPOSED ORDER
                                                   TO STAY PROCEEDINGS AND TO
                                                   CONTINUE INITIAL CASE MANAGEMENT

1

2

**[~~Proposed~~] Order**

Good cause appearing, the initial Case Management conference scheduled for August 26, 2013 shall be continued to December 2, 2013, at 1:30 p.m. The Initial Case Management Conference Statement shall be filed on or before November 25, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   08/19/2013



_____
THELTON E. _____
UNITED _____ JUDGE

Judge Thelton E. Henderson

Case No. CV12-05081

STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS AND TO
CONTINUE INITIAL CASE MANAGEMENT