1   (Counsel listed on following page)

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

| 10 | FERNANDO DE SAUSA and JESSICA SHUM on behalf of themselves, in the interest of the general public and as a Private Attorney General, | CASE NO. CV12-05081-TEH |
|---|---|---|
| 11 | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE PENDING PRIVATE MEDIATION** |
| 12 | | |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | HSBC BANK U.S.A., N.A.; HSBC USA, INC.; and HSBC NORTH AMERICA HOLDINGS, INC., | |
| 16 | | |
| 17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1  TOMAS E. MARGAIN (SB# 193555)
   JUSTICE AT WORK LAW GROUP
2  84 W. Santa Clara St., Ste. 790
   San Jose, CA 95113
3  Telephone: (408) 317-1100
   Facsimile: (408) 351-0105
4  margainlaw@hotmail.com

5  RICHARD C. J. WAHNG (SB# 225672)
   LAW OFFICES OF RICHARD WAHNG
6  152 Anza Street, Suite 201
   Fremont, CA 94539
7  Telephone:  (510) 490-4447
   Facsimile:  (510) 344-5755
8  rwahng@gmail.com

9  Attorneys for Plaintiffs
   FERNANDO DE SAUSA and JESSICA SHUM

10 E. JEFFREY GRUBE (SB# 167324)
11 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
12 San Francisco, California 94105-3441
   Telephone:  1(415) 856-7000
13 Facsimile:   1(415) 856-7100
   jeffgrube@paulhastings.com

14 STEPHEN P. SONNENBERG (SB# 164881)
   EMILY R. PIDOT (SB# 233241)
15 75 East 55th Street
   New York, New York 10022
16 Telephone:  1(212) 318-6000
   Facsimile:  1(212) 319-4090
17 stephensonnenberg@paulhastings.com
   emilypidot@paulhastings.com
18
   Attorneys for Defendants
19 HSBC BANK U.S.A., N.A., HSBC USA, INC., and HSBC
   NORTH AMERICA HOLDINGS, INC.

20

21

22

23

24

25

26

27

28

Case No. CV12-05081                -2-

1        The parties to this litigation, by and through their respective attorneys of record, hereby

2    submit this stipulation and [proposed] order to continue the Initial Case Management Conference

3    which is currently scheduled to be held on December 2, 2013, at 1:30 p.m., to a date to be

4    scheduled at the Court's convenience no earlier than March 3, 2014 for the reasons set forth

5    below.

6        WHEREAS, the Initial Case Management Conference in this action currently is scheduled

7    for December 2, 2013, at 1:30 p.m.;

8        WHEREAS, the parties have agreed to hold a mediation at JAMS before the Honorable

9    William J. Cahill on January 24, 2014.  The parties already have discussed the types of data and

10   documents to exchange confidentially and informally prior to mediation for purposes of

11   facilitating settlement negotiations;

12       WHEREAS, the parties have agreed to mediate, as part of the same mediation described

13   immediately above, the claims of another individual who is not a party to this lawsuit but for

14   whom the undersigned have entered into a statute of limitations tolling agreement to facilitate

15   mediation;

16       WHEREAS, the parties wish to exhaust attempts to resolve this matter through mediation

17   before addressing fact and expect discovery cutoffs and a trial date and, as such, wish to postpone

18   the Initial Case Management Conference until after the mediation session.

19       Accordingly, the parties to this matter, by and through their respective attorneys of record,

20   hereby stipulate to and jointly request that the Initial Case Management Conference be continued

21   to March 3, 2014, at 1:30 p.m. or such other date as is convenient for the Court.

22       SO STIPULATED.

23

24

25

26

27

28

1    DATED:  November 20, 2013          TOMAS E. MARGAIN
                                        JUSTICE AT WORK LAW GROUP
2
                                        By: _____/s/_____
3                                                     TOMAS E. MARGAIN

4                                       Attorneys for Plaintiffs
                                        FERNANDO DE SAUSA and JESSICA SHUM
5

6    DATED:  November 20, 2013          E. JEFFREY GRUBE
                                        PAUL HASTINGS LLP
7
                                        By: _____/s/_____
8                                                     E. JEFFREY GRUBE

9                                       Attorneys for Defendants
                                        HSBC BANK U.S.A., N.A., HSBC USA, INC., and
10                                      HSBC NORTH AMERICA HOLDINGS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                           **[Proposed] Order**

2        Good cause appearing, the Initial Case Management Conference scheduled for December

3 2, 2013 shall be continued to March 3, 2014, at 1:30 p.m.  The Initial Case Management

4 Conference Statement shall be filed on or before February 24, 2014.

5        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7 Dated:    11/21/2013

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE