1  Proskauer Rose LLP
   Enzo Der Boghossian (SBN 211351)
2  ederboghossian@proskauer.com
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    310.557.2900
4  Facsimile:    310.557.2193

5  Attorneys for Defendants
   HSBC BANK U.S.A., N.A.; HSBC USA,
6  INC.; and HSBC NORTH AMERICA
   HOLDINGS, INC.
7

8                **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | FERNANDO DE SAUSA and JESSICA SHUM on behalf of themselves, in the interest of the general public and as a Private Attorney General, | Case No. CV 12-05081 TEH |
|---|---|
| | Hon. Thelton E. Henderson |
| Plaintiffs, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS HSBC BANK U.S.A., N.A.; HSBC U.S.A., INC.; AND HSBC NORTH AMERICA HOLDINGS, INC.; [~~PROPOSED~~] ORDER** |
| vs. | |
| HSBC BANK U.S.A., N.A.; HSBC USA, INC.; and HSBC NORTH AMERICA HOLDINGS, INC. | First Amended Complaint filed: December 20, 2012 |
| Defendants. | |

20
21        PLEASE TAKE NOTICE that Defendants HSBC Bank U.S.A., N.A.; HSBC U.S.A., Inc.;
22 and HSBC North America Holdings, Inc. have retained Proskauer Rose LLP to substitute as counsel
23 for Paul Hastings LLP in the above-captioned matter.
24
25
26
27
28

Withdrawing counsel for Defendants HSBC Bank U.S.A., N.A.; HSBC U.S.A., Inc.; and HSBC North America Holdings, Inc. are:

>Stephen P. Sonnenberg
>Paul Hastings LLP
>75 East 55th Street
>New York, NY 10022
>212-318-6000
>212-319-4090 (fax)
>stephensonnenberg@paulhastings.com
>
>Emily R. Pidot
>Paul Hastings LLP
>75 East 55th Street
>New York, NY 10011
>212-318-6000
>212-319-4090 (fax)
>emilypidot@paulhastings.com
>
>E. Jeffrey Grube
>Paul Hastings LLP
>55 Second Street, 24th Floor
>San Francisco, CA 94105-3441
>415-856-7000
>415-856-7100 (fax)
>jeffgrube@paulhastings.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants HSBC Bank U.S.A., N.A.; HSBC U.S.A., Inc.; and HSBC North America Holdings, Inc.:

>Enzo Der Boghossian
>Proskauer Rose LLP
>2049 Century Park East, 32nd Floor
>Los Angeles, CA  90067-3206
>(310)557-2900
>(310)557-2193 (fax)
>ederboghossian@proskauer.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: February 19, 2014      HSBC BANK U.S.A., N.A.; HSBC U.S.A., INC.; AND HSBC NORTH AMERICA HOLDINGS, INC.

By: /s/
Nancy M. Nimz, Vice President & Senior Legal Counsel

Dated: February 19, 2014      PAUL HASTINGS LLP

By: /s/
Stephen P. Sonnenberg

Dated: February 19, 2014      PROSKAUER ROSE LLP

By: /s/
Enzo Der Boghossian

I hereby attest that each of the other signatories on this e-filed document provided concurrence in the filing of this document.

Dated: February 19, 2014      PROSKAUER ROSE LLP

By: /s/
Enzo Der Boghossian

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 02/20/2014      _____ HENDERSON
Judge Thelton E. Henderson

41411900v2

2
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS