1 | (Counsel listed on following page)
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DE SAUSA and JESSICA SHUM on behalf of themselves, in the interest of the general public and as a Private Attorney General,<br><br>           Plaintiffs,<br><br>    vs.<br><br>HSBC BANK U.S.A., N.A.; HSBC USA, INC.; and HSBC NORTH AMERICA HOLDINGS, INC.,<br><br>           Defendants. | CASE NO. CV12-05081-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

| | |
|---|---|
| 1 | TOMAS E. MARGAIN (SB# 193555) |
| | JUSTICE AT WORK LAW GROUP |
| 2 | 84 W. Santa Clara St., Ste. 790 |
| | San Jose, CA 95113 |
| 3 | Telephone: (408) 317-1100 |
| | Facsimile: (408) 351-0105 |
| 4 | margainlaw@hotmail.com |
| 5 | RICHARD C. J. WAHNG (SB# 225672) |
| | LAW OFFICES OF RICHARD WAHNG |
| 6 | 152 Anza Street, Suite 201 |
| | Fremont, CA 94539 |
| 7 | Telephone:  (510) 490-4447 |
| | Facsimile:  (510) 344-5755 |
| 8 | rwahng@gmail.com |
| 9 | Attorneys for Plaintiffs |
| | FERNANDO DE SAUSA, JESSICA SHUM and |
| 10 | |
| | PATRICIA CHUI |
| 11 | |
| 12 | |
| | ENZO DER BOGHOSSIAN (SB# 211351) |
| 13 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| 14 | Los Angeles, CA 90067 |
| | Telephone:  (310) 284-4592 |
| 15 | Facsimile:  (310) 557-2193 |
| | ederboghossian@proskauer.com |
| 16 | |
| 17 | Attorneys for Defendants |
| | HSBC BANK U.S.A., N.A., HSBC USA, INC., and HSBC |
| 18 | NORTH AMERICA HOLDINGS, INC. |

Case No. CV12-05081-TEH     -2-     STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE

Plaintiffs Fernando De Sousa ("De Sousa") and Jessica Shum ("Shum") and opt-in consenter Patricia Chui ("Chui") (collectively "Plaintiffs"), and Defendants HSBC Bank USA, N.A., HSBC USA Inc., and HSBC North America Holdings Inc. (collectively, "HSBC," and together with Plaintiffs, the "Parties"), acting through their counsel of record, hereby submit this stipulation and [proposed] order to dismiss the matter with prejudice for the following reasons:

1. After a full day of mediating before the Honorable William J. Cahill, HSBC and all three individual Plaintiffs have successfully resolved their disputes.

2. The parties have resolved their disputes privately and Plaintiffs wish to discontinue this lawsuit with prejudice. The dismissal will not impact the right of any individuals other than Plaintiffs.

SO STIPULATED.

DATED: February 19, 2014

TOMAS E. MARGAIN
JUSTICE AT WORK LAW GROUP

By:  /s/
       TOMAS E. MARGAIN

Attorneys for Plaintiffs
FERNANDO DE SAUSA and JESSICA SHUM

ENZO DER BOGHOSSIAN
PROSKAUER ROSE LLP

DATED: February 19, 2014

By:  /s/
       ENZO DER BOGHOSSIAN

Attorneys for Defendants
HSBC BANK U.S.A., N.A., HSBC USA, INC., and
HSBC NORTH AMERICA HOLDINGS, INC.

Case No. CV12-05081-TEH     -3-     STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE

## [~~Proposed~~] Order

Based on the above stipulation of counsel, this matter is dismissed with prejudice. All deadlines are hereby terminated and the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: 02/20/2014



Judge Thelton E. Henderson

Case No. CV12-05081-TEH    -4-    STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE